IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      Plaintiff,

      v.

EDGAR MIRANDA,

                      Defendant.

ORDER

08-cr-76-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

No objections having been received to the report and recommendation entered herein by the United States Magistrate Judge on December 29, 2008, IT IS ORDERED that the magistrate judge's recommendation is ADOPTED. FURTHER, IT IS ORDERED that defendant Edgar Miranda's motions to quash the wire tap and to suppress his post-arrest statements are DENIED.

Entered this 21st day of January, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1