IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

NOV 10 2009

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>EDGAR MIRANDA,<br><br>  Defendant. | )<br>)<br>)<br>)  Case No.  08-CR-076-C<br>)<br>)<br>)<br>) |

FINAL ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case and good cause appearing, the Court finds that:

1.    On June 19, 2009, the defendant entered a plea of guilty to Count 2 of the indictment pursuant to a written plea agreement. The plea agreement provided that the defendant agree to the forfeiture of the 2004 Cadillac Escalade, vehicle identification number 1GYEK63N04R274417.

2.    On August 13, 2009, the Court entered a Preliminary Order of Forfeiture.

3.    Publication was posted for at least 30 consecutive days beginning on August 25, 2009, on the official government internet web site (www.forfeiture.gov), pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action. No petition or claim for the property has been filed with the Clerk of Courts, and the time for presenting a claim or petition has expired.

IT IS THEREFORE ORDERED:

1.      That all right, title, and interest in one 2004 Cadillac Escalade, vehicle

identification number 1GYEK63N04R274417, is hereby conveyed to the United States of

America.

2.      The United States Marshal is directed to dispose of the above property in

accordance with federal law.

ORDERED this ___Ꮭ ᴴᴴ___ day of November 2009.

*Barbara B. Crabb*

BARBARA B. CRABB
Chief United States District Judge

2